*In re* LIC. JUAN JOSÉ HERNÁNDEZ CIBES.

*Número:* 6348      *Resuelto:* 25 de junio de 1986

*Govén D. Martínez Surís, Director de Inspección de Notarías,* querellante; *William E. Naveira,* abogado del querellado.

PER CURIAM: Revisamos, mediante el trámite de mostración de causa, el incumplimiento del abogado Juan José Hernández Cibes con la Sec. 26 de la Ley Notarial —Ley Núm. 99 de 27 de junio de 1956, según enmendada— 4 L.P.R.A. sec. 1026, consistente en no haber rendido los índices notariales semanales durante un período de un (1) año y cinco (5) meses.

En su comparecencia el licenciado Hernández Cibes —quien en adición a ser abogado es doctor en medicina— sos-

tiene que su incumplimiento se debió a haber sufrido la fractura del codo de su brazo derecho —su brazo dominante— lo cual requirió el ser intervenido quirúrgicamente en nueve (9) ocasiones distintas. Se sostiene que ello causó que no pudiera rendir los índices por cuanto se "le hacía sumamente difícil reproducir fielmente su firma, signo y rúbrica".

Aparte de que notamos que la fecha durante la cual ocurrió el accidente y alegada incapacidad física no corresponde totalmente con las fechas durante las cuales no se rindieron los índices, la Ley Notarial provee para la designación de un notario sustituto "cuando por cualquier causa *que no sea permanente* no pudiese aquél [el notario incapacitado temporalmente] estar al frente de su oficina". (Énfasis suplido.) 4 L.P.R.A. sec. 1004.

*Se suspende del ejercicio del notariado en Puerto Rico al Lcdo. Juan José Hernández Cibes por el término de un (1) año.*[1] *El Alguacil General de este Tribunal deberá incautarse de la obra notarial del referido notario y entregarla al Director de la Oficina de Inspección de Notarías, para el correspondiente examen e informe a este Tribunal. Se dictará sentencia de conformidad.*

El Juez Presidente Señor Pons Núñez no intervino. La Juez Asociada Señora Naveira de Rodón se inhibió.

---

[1] Un examen del expediente revela que la obra notarial del licenciado Hernández Cibes se reduce a la otorgación de afidávit.